BELLE SENFT, Respondent, v. AL SENFT, Appellant.— Order reversed and

motion denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.